## RECONSIDERATION OF PRIOR DECISIONS

1998–0904.   State v. Herring.
Mahoning C.P. No. 96CR339. Reported at 94 Ohio St.3d 246, 762 N.E.2d 940. On motion for reconsideration. Motion denied.
  COOK, J., not participating.

1998–2360.   State v. Twyford.
Jefferson App. No. 93J13. Reported at 94 Ohio St.3d 340, 763 N.E.2d 122. On motion for reconsideration. Motion denied.
  PFEIFER and LUNDBERG STRATTON, JJ., dissent.

2000–2036.   State ex rel. Miller v. Parma.
Franklin App. No. 99AP–1173. Reported at 94 Ohio St.3d 402, 763 N.E.2d 179. On motion for reconsideration and motion for leave to file a motion for reconsideration of Ohio AFL–CIO. Motions denied.